**STIP**
Brent L. Coleman
Robert D. Sweetin
DAVISON VAN CLEVE, P.C.
107 SE Washington St., Suite 430
Portland, OR 97214
Tel: 971.710.1157
Email: blc@dvclaw.com; rds@dvclaw.com
*Attorney for Defendant*
*Mesquite Gaming, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LONNIE WASHBURN, individually, | ) |
| Plaintiff, | ) CASE NO: 2:24-cv-00383-CDS-BNW |
| v. | ) |
| MESQUITE GAMING, LLC, | ) **STIPULATION TO SUBSTITUTE COUNSEL PURSUANT TO LOCAL RULE IA 11-6(b)** |
| Defendant. | ) |

Defendant MESQUITE GAMING, LLC ("Defendant"), by and through its counsel of record, of the law firm Davison Van Cleve, P.C., hereby submits this Stipulation to Substitute Counsel Pursuant to Local Rule IA 11-6.

This case, having been transferred from the United States District of Utah as case number 2:23-cv-00446-CMR, requires Defendant to approve new counsel who is licensed in the State of Nevada and admitted to the United States District Court, district of Nevada. After being transferred to the District of Nevada, this case was assigned Case Number 2:24-cv-00383-CDS-BNW.

Brent Coleman of Davison Van Cleve, P.C. having been properly licensed and admitted in the State of Utah, hereby seeks to withdraw as counsel. Robert Sweetin, Nevada Bar Number: 12647, and Dakota Councilman, Nevada Bar Number 16512, of Davison Van Cleve, P.C. hereby seek to substitute as the newly-appearing counsel for Defendant pursuant to this stipulation. As newly-appearing counsel is licensed in the State of Nevada and admitted to practice before this Court, Defendant requests the Court approve this stipulation. Pursuant to LR IA 11-6(c), this stipulation is signed by the newly-appearing attorneys, the withdrawing attorney, and the represented client.

IT IS SO ORDERED.

This __7__ day of March, 2024.

_____
U.S. Magistrate Judge Brenda Weksler

By: /s/ Robert D. Sweetin
Robert D. Sweetin
Nevada Bar Number: 12647
Davison Van Cleve, P.C.
4675 W. Teco Ave., Suite 230
Las Vegas, NV 89118
Tel: 725.735.1715
Email: rds@dvclaw.com
*Newly-Appearing Attorney for Defendant*

By: /s/Brent L. Coleman
BRENT L. COLEMAN
Utah Bar Number: 10817
Davison Van Cleve, P.C.
107 SE Washington St., Suite 430
Portland, OR 97214
Tel: 971.710.1157
Email: blc@dvclaw.com
*Withdrawing Attorney for Defendant*

By: /s/ Dakota L. Councilman
Dakota L. Councilman
Davison Van Cleve, P.C.
4675 W. Teco Ave., Suite 230
Las Vegas, NV 89118
Tel: 702.267.6763
Email: dlc@dvclaw.com
*Newly-Appearing Attorney for Defendant*

/s/ Dick Tomasso
Dick Tomasso
Vice President of Security and Government Affairs
Mesquite Gaming, LLC