# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lonnie Washburn,

            Plaintiff

   v.

Mesquite Gaming, LLC,

            Defendant

Case No. 2:24-cv-00383-CDS-BNW

**Order Closing Case**

[ECF No. 52]

Plaintiff Lonnie Washburn and defendant Mesquite Gaming, LLC stipulate to dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 52. Once the stipulation between the parties who have appeared is properly filed, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41 is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Therefore, based on the parties' stipulation **[ECF No. 52]**, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: November 26, 2024

_____
Cristina D. Silva
United States District Judge